## Katheryn M. Cameron, Appellee, v. Thomas P. Feely, Appellant.

## Gen. No. 6,448.   (Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. JOE A. DAVIS, Judge, presiding. Heard in this court at the April term, 1917. Reversed with finding of facts. Opinion filed October 16, 1917.

### Statement of the Case.

Action by Katheryn M. Cameron, plaintiff, against Thomas P. Feely, defendant, to recover damages for personal injuries sustained by plaintiff falling over a basket of ashes in the furnace room of a flat building in which plaintiff's husband rented under verbal lease from defendant an apartment occupied by her. From a judgment for plaintiff for $2,500, defendant appeals.

O'DONNELL, DONOVAN & BRAY, for appellant.

SNAPP, HEISE & SNAPP, for appellee.

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 226*—*when lessor is not liable to wife of lessee for personal injuries received in using basement.* Where plaintiff was permitted by defendant's janitor of the apartment building in which she occupied an apartment leased from defendant by her husband, with the use also of a certain storeroom and of laundry tubs in the basement, to use a certain water faucet in another part of the basement not embraced in such lease, which was not provided for general use of tenants, but was used for wetting down coal, *held* that plaintiff's use of the faucet was a mere permissive use and defendant would not be liable for injuries sustained by her in going to use the faucet, due to falling over a metal basket of ashes, in the absence of wilful or wanton conduct on the part of defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.